## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| MOUNT JOY TOWNSHIP | : | No. 883 MAL 2016 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| | : | |
| MOUNT JOY TOWNSHIP ZONING | : | |
| HEARING BOARD AND HERRICK | : | |
| BUILDING AND EXCAVATING, INC. | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: HERRICK BUILDING AND | : | |
| EXCAVATING, INC. | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 25th day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.